# Court of Appeals
# of the State of Georgia

ATLANTA,_____June 11, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1869. EARL V. PARRISH v. THE STATE.**

Earl Parrish was sentenced to life in prison for rape, and his conviction was affirmed on appeal. See *Parrish v. State*, 237 Ga. App. 274 (514 SE2d 458) (1999). Parrish has filed numerous pro se appeals.[1] In this case, he purports to appeal an order entered in March 2015 granting him the right to appeal. However, the only order entered in March 2015 was the trial court's March 19, 2015 order granting Parrish the right to proceed in forma pauperis with respect to his other appeals. That order does not give rise to an independent right to appellate review. Because this appeal presents nothing for this Court to review, it is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,_____06/11/2015_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] See Case Numbers A15A1757; A15A1758 and A15A1759.